MICHAEL BAILEY
United States Attorney, District of Arizona
Tanya Miller, Assistant U.S. Attorney
Arizona State Bar No. 026067
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Tanya.Miller@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 4:20-cr-00507-JAS(MSA) |
| vs. | SENTENCING MEMORANDUM |
| Daniel Blas-Torrealba, | |
| Defendant. | |

//
//
//

Plaintiff, United States of America, by its attorneys, MICHAEL BAILEY, United States Attorney, and TANYA N. MILLER, Assistant United States Attorney, hereby submits the following response to the Presentence Investigation Report ("PSR") which was issued in reference to defendant, Daniel Blas-Torrealba, in the above-captioned case.

As a preliminary matter, the Government respectfully requests that the Court accept the parties' plea agreement.

Further, and having reviewed the findings and recommendation in the PSR, the Government has no objection to, and concurs with, the sentencing guideline calculations included therein. The Government further concurs with the 12 month sentence of

imprisonment/36 months supervised release sentencing recommendations made by the PSR's author.

Respectfully submitted this 26th day of May, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Tanya N. Miller*

Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 26th day of May, 2020, to:

All CM/ECF participants in this matter