Petition12C – Rev. 6/18

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant to Revoke Probation



| | | |
|---|---|---|
| Name of Offender: | **Daniel Blas-Torrealba** | Case No.: **CR-20-00507-001-TUC-SHR** |
| Name of Judicial Officer: | **The Honorable Scott H. Rash**<br>**United States District Judge** | **T-SEALED** |
| Date of Original Sentence: | **10/7/2020** | |
| Original Offense: | **Count 1: Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), a Class C Felony** | |
| Original Sentence: | **36 months Probation** | |
| Type of Supervision: | **Probation** | Date Supervision Commenced: **10/7/2020**<br>Date Supervision Expires: **10/6/2023** |
| Assistant U.S. Attorney: | **Tanya Miller**<br>520-620-7300 | Defense Attorney: **Kristian Harrison Salter**<br>520-623-5706 |

Petitioning the Court to issue a Warrant to Revoke Probation

The probation officer alleges Daniel Blas-Torrealba has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.<br><br>On or about October 5, 2021, Daniel Blas-Torrealba committed another state crime, to-wit: first degree murder, a violation of Arizona Revised Statutes § 13-1105. Evidenced by Phoenix Police Department Incident Report. Grade A violation. §7B1.1(a)(1) |
| B | **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

cc: Tanya Miller (AUSA); Alexis Sharp (USPO); USM

On or about October 5, 2021, Daniel Blas-Torrealba changed where he lived and failed to notify the probation officer within the required timeframe. According to the Phoenix Police Department incident report, Daniel Blas-Torrealba had been residing at the address of 42 East Ruth Avenue in Phoenix; however, he had reported to U.S. Probation he was residing at the address of 5750 N 32nd Avenue in Phoenix when said was not true. Evidenced by Phoenix Police Department Incident Report and the testimony of the U.S. Probation Officer. Grade C violation. §7B1.1(a)(3)

**U.S. Probation Officer Recommendation and Justification**

Daniel Blas-Torrealba has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Daniel Blas-Torrealba's whereabouts are unknown, he is a flight risk, he is alleged to have committed a crime of violence, and he is considered dangerous.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| *Alexis Sharp* | 10/5/2021 |
| Alexis Sharp | Date |
| U.S. Probation Officer Assistant | |
| Office: 602-682-4376 | |
| Cell: 480-341-9831 | |

| | |
|---|---|
| *Heather Hauptly* | 10/5/2021 |
| Heather A. Hauptly | Date |
| Supervisory U.S. Probation Officer | |
| Office: 602-322-7410 | |
| Cell: 602-361-0788 | |

The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

| | |
|---|---|
| *Scott Rash* | October 5, 2021 |
| The Honorable Scott H. Rash | Date |
| United States District Judge | |