GARY M. RESTAINO
United States Attorney
District of Arizona
Tanya Miller
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Tanya.Miller@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Blas-Torrealba,<br><br>Defendant. | 4:20-CR-00507-SHR (MSA)<br><br>MOTION FOR PRODUCTION OF MATERIAL CONTAINED IN UNITED STATES PROBATION/ PRETRIAL SERVICES' OFFICE FILE |

The United States of America, by and through its undersigned attorneys, respectfully moves this Court to issue an order requiring U.S. Probation/Pretrial Services Office to release materials related to allegations contained in the pending Petition to Revoke Petition dated October 5, 2021 (Doc. 43), which is set for hearing on November 6, 2023. The government cannot prosecute the supervised release violation petition without these documents.[1]

The government request that materials contained in the U.S. Probation/Pretrial Service file regarding the (1) the "chronos" prepared by the probation officer/pretrial services officer in relation to the allegations from October 7, 2020 to October 5, 2021 and (2) all other reports, correspondence, or material regarding the subject matter of the Petition that are in the probation officer's file, including police reports.

---

[1] The documents are needed to prepare for an admit/deny hearing, for any potential final disposition hearing, and to ensure that the government can meet its various disclosure obligations.

-1-

The government has conferred with the assigned probation/pretrial services officer concerning the production of these documents. Undersigned counsel was advised by the assigned officer that the U.S. Probation/Pretrial Services Office will not provide the requested materials absent Court approval.

Respectfully submitted this 20th day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Tanya Miller*

Tanya Miller
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 20th day of October, 2023, to:

United States Probation Department, Officer Jennifer De Alba

Kristian H. Salter, Esq.